# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE COLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OCOK LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:19-cv-10968-TJH-MRW<br><br>*Hon. Terry J. Hatter Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE   [JS-6]**<br><br>Action Filed:  December 31, 2019<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Katherine Cole's ("Plaintiff") action against OCOK LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: JULY 22, 2020

*[signature: Terry J. Hatter, Jr.]*

Hon. Terry J. Hatter, Jr.
United States District Judge
Central District of California

ORDER FOR DISMISSAL WITH PREJUDICE